**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:16-cv-81180-KAM**

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

                        Plaintiffs,

        v.

AMERICAN RENAL ASSOCIATES
HOLDINGS, INC., and AMERICAN
RENAL ASSOCIATES, LLC,

                        Defendants.

_____/

### DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant American Renal Associates, LLC, respectfully submits this unopposed motion to exceed the page limitations set by Local Rule 7.1(c)(2) by seven (7) pages for its motion to dismiss the First Amended Complaint filed by Plaintiffs UnitedHealthcare of Florida and All Savers Insurance Company.  As grounds for this motion, Defendant states:

1.      Defendant American Renal Associates, LLC was served with the original 38-page, 216-paragraph Complaint on July 1, 2016.

2.      Local Rule 7.1(c)(2) states that a motion and its incorporated memorandum of law shall not exceed twenty (20) pages.

3.      On August 12, 2016, Defendant American Renal Associates, LLC filed a twenty (20) page motion to dismiss the original Complaint.

4.      On September 2, 2016, Plaintiffs filed a 63-page, 340-paragraph First Amended Complaint, which is substantially longer than the original Complaint.

1

5.      On September 13, 2016, the Court granted an Extension of Time to File Response to the First Amended Complaint.  American Renal Associates, LLC's response to the Amended Complaint is due September 30, 2016.

6.      Undersigned counsel seeks a seven (7) page extension to the page limitation imposed by Local Rule 7.1(c)(2) for American Renal Associates, LLC's motion to dismiss. Undersigned counsel represents and certifies that this motion is being sought in good faith and seeks the additional pages to address the additional allegations raised in the Amended Complaint.

7.      Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant has conferred with Plaintiffs' counsel who consents to Defendant exceeding the page limitation by seven (7) pages for its response to the First Amended Complaint.

**WHEREFORE**, American Renal Associates, LLC respectfully requests that the Court enter an Order granting Defendant a seven (7) page extension, to twenty-seven (27) pages, to respond to Plaintiffs' First Amended Complaint.  A proposed order granting this motion is attached.

Respectfully Submitted,

Dated: September 27, 2016

/s/ *Matthew Menchel*

Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Kobre & Kim LLP
2 South Biscayne Boulevard
35th Floor
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120

Danielle S. Rosborough (*pro hac vice*)
danielle.rosborough@kobrekim.com

Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036
T: +1 202 664 1984
F: +1 202 664 1920

*Attorneys for Defendant American Renal Associates, LLC*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Defendant has

conferred with Plaintiffs' counsel who consent to the request to exceed the page limitation.

Dated: September 27, 2016                     /s/ *Matthew Menchel*
                                              Matthew I. Menchel (Florida Bar No. 12043)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on

September 27, 2016 with the Clerk of the Court using the CM/ECF system thereby sending a

notice of electronic filing to all counsel of record on the service list below.

/s/ *Matthew Menchel*
Matthew I. Menchel (Florida Bar No. 12043)

## SERVICE LIST

Michael R. Whitt
mwhitt@robinskaplan.com
Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102

Martin R. Lueck
Thomas C. Mahlum
Jeffrey S. Gleason
Jamie R. Kurtz
William Bornstein
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mlueck@robinskaplan.com
tmahlum@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc.,*
*and All Savers Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:16-cv-81180-KAM

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

                      Plaintiffs,

    v.

AMERICAN RENAL ASSOCIATES
HOLDINGS, INC., and AMERICAN
RENAL ASSOCIATES, LLC,

                      Defendants.
                                 /

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

       **THIS MATTER** is before the Court on Defendant's American Renal Associates, LLC's

unopposed motion to exceed the page limitation for its motion to dismiss the First Amended

Complaint (DE __ ).  Upon review of the motion and the record, it is hereby **ORDERED AND**

**ADJUDGED** that the motion to exceed the page limitation for motion to dismiss the First

Amended Complaint (DE 31) is **GRANTED.**  Defendant American Renal Associates, LLC shall

have up to and including twenty-seven (27) pages for its motion to dismiss Plaintiffs' First

Amended Complaint.

       **DONE AND ORDERED** in Chambers at_____, Florida, this _____

day of September, 2016.

                                      _____
                                      KENNETH A. MARRA
                                      UNITED STATES DISTRICT JUDGE