# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 9:16-cv-81180-KAM

UNITEDHEALTHCARE OF FLORIDA, INC.
and ALL SAVERS INSURANCE COMPANY,

     Plaintiffs,

vs.

AMERICAN RENAL ASSOCIATES HOLDINGS,
INC. and AMERICAN RENAL ASSOCIATES LLC,

     Defendants.

_____/



FILED by _____ D.C.

JAN 1 0 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION TO
## PERMIT ELECTRONIC EQUIPMENT IN COURTROOM [DE 85]

THIS CAUSE came before the Court on Plaintiffs, UnitedHealthcare of Florida, Inc., and

All Savers Insurance Company's ("Plaintiffs") Amended Motion to Permit Electronic Equipment

in Courtroom ("Motion") [DE 85].

The Court having reviewed Plaintiffs' Motion and being fully advised in the premises, it

is hereby ORDERED AND ADJUDGED that Plaintiffs' Amended Motion to Permit Electronic

Equipment in Courtroom [DE 85] is **GRANTED**.

Plaintiffs' representative, **Jonathan Wilson**, is permitted to bring his iPhone 6 and laptop

computer into the courtroom for the January 11, 2017 hearing at 2:00 p.m.

DONE AND ORDERED in Chambers at Palm Beach, Florida, this ___10th___ day of

January 2017.

William Matthewman
United States Magistrate Judge