UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81180-KAM

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE CO.,

                Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES
HOLDINGS, INC., AMERICAN RENAL
ASSOCIATES LLC, and AMERICAN
RENAL MANAGEMENT LLC

                Defendants.
_____/

## JOINT STIPULATION AND MOTION REGARDING DEFENDANT AMERICAN RENAL ASSOCIATES HOLDINGS, INC.'S MOTION TO DISMISS

Defendant American Renal Associates Holdings, Inc. ("ARAH") and Plaintiffs UnitedHealthcare of Florida, Inc. and All Savers Insurance Company (collectively, "United") stipulate that the issue of whether ARAH is subject to personal jurisdiction in the state of Florida is fully briefed and ripe for ruling. *See* DE 40, 50, 55, 140, 147.

Accordingly, the Parties respectfully request that this Court disallow further briefing and deem ARAH's Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) as applicable to the Second Amended Complaint. As grounds for this request, the Parties state:

    1.    On September 2, 2016, United filed its First Amended Complaint. DE 31.

    2.    On September 30, 2016, ARAH moved to dismiss the First Amended Complaint for lack of personal jurisdiction. DE 40. Plaintiffs filed their response on October 28, 2016, and Defendant filed its reply on November 14, 2016. DE 50, 55.

1

3. United filed its Motion for Leave to Conduct Jurisdictional Discovery on October 28, 2016. DE 52.

4. On December 5, 2016, this Court granted United's Motion for Leave to Conduct Jurisdictional Discovery, granting the parties sixty (60) days to complete jurisdictional discovery. The Court also terminated the Motion to Dismiss for statistical purposes until the conclusion of jurisdictional discovery. DE 62.

5. On January 17, 2017, Plaintiffs filed their Motion for Leave to File a Second Amended Complaint. DE 94.

6. United filed its Supplemental Response in Opposition to ARAH's Motion to Dismiss for lack of personal jurisdiction on February 17, 2017. DE 140.

7. ARAH filed its Supplemental Reply in support of its Motion to Dismiss for lack of personal jurisdiction on February 24, 2017. DE 147.

8. Plaintiffs filed their Second Amended Complaint on March 13, 2016. DE 161.

9. In permitting Plaintiffs to file a Second Amended Complaint this Court did not terminate or deny as moot ARAH's Motion to Dismiss for lack of personal jurisdiction. DE 160.

10. The Parties agree that no further briefing is required as to the personal jurisdiction issues implicated by ARAH's motion to dismiss and that the briefing already presented to the Court is applicable to the Second Amended Complaint.

11. ARAH's motion to dismiss the First Amended Complaint is fully briefed and ripe for review. *See* DE 40, 50, 55, 140, 147.

12. The Parties make this request in good faith to conserve the resources of the Court and the Parties.

13. Neither party has requested oral argument on ARAH's motion to dismiss for lack of personal jurisdiction. To the extent that the Court deems oral argument necessary, ARAH respectfully requests that the hearing on its motion to dismiss for lack of personal jurisdiction, which was filed on September 30, 2016, be set as soon as possible.

14. Should the Court wish to hold oral argument on the motion, United respectfully requests that such a hearing be held on the same date as ARA's motion to dismiss which was filed on March 27, 2017 and briefing is due to be completed by April 17, 2017.

**WHEREFORE,** the Parties respectfully request that this Court disallow further briefing and deem ARAH's Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) as applicable to the Second Amended Complaint and ready for resolution.

Respectfully Submitted,

Dated: March 27, 2017

/s/ *Matthew Menchel*
Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Kobre & Kim LLP
2 South Biscayne Boulevard
35th Floor
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120

Danielle S. Rosborough (*pro hac vice*)
danielle.rosborough@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036
T: +1 202 664 1984
F: +1 202 664 1920

*Attorneys for Defendants American Renal Associates Holdings, Inc., American Renal Management, LLC, and American Renal Associates, LLC*

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Defendant has conferred with Plaintiffs' counsel and Plaintiffs join in this motion.


Dated: March 27, 2017                          /s/ *Matthew Menchel*
                                               Matthew I. Menchel (Florida Bar No. 12043)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on March 27, 2017 with the Clerk of the Court using the CM/ECF system thereby sending a notice of electronic filing to all counsel of record on the service list below.

                                         /s/ *Matthew Menchel*
                                         Matthew I. Menchel (Florida Bar No. 12043)

## **SERVICE LIST**

Michael R. Whitt
mwhitt@robinskaplan.com
Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102

Martin R. Lueck
Thomas C. Mahlum
Jeffrey S. Gleason
Jamie R. Kurtz
William Bornstein
Anne M. Lockner
Randall Tietjen
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mlueck@robinskaplan.com
tmahlum@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com
alockner@robinskaplan.com
rtietjen@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc.,
and All Savers Insurance Company*