UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-81180-MARRA/MATTHEWMAN

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

    Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES
HOLDINGS, INC., AMERICAN RENAL
MANAGEMENT, LLC, and AMERICAN
RENAL ASSOCIATES, LLC,

    Defendants.

_____/

## ORDER REGARDING JOINT NOTICE

THIS CAUSE is before the Court upon Plaintiffs, UnitedHealthcare of Florida, Inc., and All Savers Insurance Company's ("Plaintiffs") and Defendants, American Renal Associates Holdings, Inc., American Renal Management, LLC, and American Renal Associates, LLC's ("Defendants") Joint Notice Regarding Defendant's Motion to Compel ("Joint Notice") [DE 186].

Upon review of the Joint Notice, it is hereby **ORDERED** as follows:

1. The Court appreciates the good faith efforts of the parties and their counsel to resolve this discovery dispute, as specified in the Joint Notice. The Court urges the parties and their counsel to continue to work together in a good faith, professional manner to resolve any outstanding discovery issues.

2. Additionally, the parties are directed to file, on or before **April 18, 2017**, a brief notice to the Court stating whether or not the remaining discovery issues have

been resolved. If any discovery issues remain, Plaintiffs or Defendants are permitted to file a motion seeking additional relief on or before **April 21, 2017**.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of April, 2017.

*William Matthewman*
_____
WILLIAM MATTHEWMAN
United States Magistrate Judge