UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 16-cv-81180-Marra/Matthewman

UNITEDHEALTHCARE OF FLORIDA, INC.,
and ALL SAVERS INSURANCE COMPANY,

    Plaintiffs,

vs.

AMERICAN RENAL ASSOCIATES LLC,
et al.,

    Defendants.
_____/



FILED by _____ D.C.

AUG 1 4 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL [DEs 251, 252]

THIS CAUSE is before the Court upon Plaintiffs, UnitedHealthcare, Inc., and All Savers Insurance Company's (collectively, "Plaintiffs") Motion to Compel Defendants to Answer Interrogatories and Produce Documents, and Modify Stipulated Protective Order ("Motion") [DEs 251, 252]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 62. Defendants, American Renal Associates LLC, and American Renal Management LLC (collectively, "Defendants"), filed a response to the Motion [DEs 262, 263], and Plaintiffs filed a reply [DEs 277, 278]. The Court held a hearing on the Motion on August 11, 2017.

As stated in open court, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Compel Defendants to Answer Interrogatories and Produce Documents, and Modify Stipulated Protective Order [DEs 251, 252] is **GRANTED IN PART**.

1

2. The Stipulated Protective Order [DE 75] entered in this case on December 23, 2016, will apply to the related case that involves a subpoena Plaintiffs served on the American Kidney Fund pending in the District of Maryland. Plaintiffs can use materials from this case in that Maryland proceeding under the same protections described in the Stipulated Protective Order, so long as the court in Maryland permits the same level of protection of the documents. If the court in Maryland does not permit the same level of protection of the documents as described in the Stipulated Protective Order, the parties shall immediately notify this Court.

3. Plaintiffs shall promptly advise Defendants of the categories of documents they expect to utilize in the Maryland court. The parties shall then confer, and the Court will set a further telephonic hearing on the matter if the parties determine that there is any remaining dispute regarding the documents.

4. If Plaintiffs determine that they need to utilize any additional documents in the Maryland proceeding, other than those they initially disclose, Plaintiffs shall immediately notify Defendants.

5. The American Kidney Fund shall be required to sign the Agreement to Be Bound by Protective Order that is attached to the Stipulated Protective Order.

6. The Court will rule on the balance of the Motion by separate Order.

**DONE and ORDERED** in Chambers this 14th day of August, 2017, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE