UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:16-cv-81180-KAM

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

           Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES LLC
and AMERICAN RENAL
MANAGEMENT LLC,

           Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION
## FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DE 308]

**THIS MATTER** is before the Court on the Defendants, American Renal Associates LLC and American Renal Management LLC's Motion for Leave to File Materials under Seal (the "Motion") [DE 308]. Upon review of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. Exhibit A [DE 310-1] to Defendants' Motion for Leave to File Sur-reply shall remain under seal until the conclusion of this litigation and then shall either be destroyed or returned to Defendants' counsel. Defendants will file a redacted version of Exhibit A on the public docket.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 27th day of September, 2017.

                              WILLIAM MATTHEWMAN
                              United States Magistrate Judge

FILED by ___ D.C.
SEP 27 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.