UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16–cv-81180–KAM

UNITEDHEALTHCARE OF FLORIDA, INC.
and ALL SAVERS INSURANCE COMPANY,

    Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES LLC, and
AMERICAN RENAL MANAGEMENT LLC,

    Defendants.

_____/



## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' MOTION FOR RECONSIDERATION [DEs 309, 310]

**THIS MATTER** is before the Court on Defendants, American Renal Associates LLC and American Renal Management LLC's ("Defendants") Unopposed Motion for Leave to File Surreply to Plaintiffs' Motion for Reconsideration [DEs 309, 310]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 62.

Upon review of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that the Defendants' Motion [DEs 309, 310] is **GRANTED.** Defendants shall promptly file their Surreply to Plaintiffs' Motion for Reconsideration [DEs 309-1, 310-1] as a separate docket entry.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 27th day of September, 2017.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE
