# Exhibit 5

## to

## Plaintiffs' Motion to Strike Defendants' Amended 26(a)(1) Disclosures or, in the Alternative, for Additional Depositions and to Compel Defendants to Narrow their Amended Rule 26(a) Disclosures

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:16-cv-81180-KAM**

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

                Plaintiffs,

vs.

AMERICAN RENAL ASSOCIATES
LLC., and AMERICAN RENAL
MANAGEMENT LLC,

                Defendants.
_____/

**DEFENDANTS AMERICAN RENAL ASSOCIATES LLC AND AMERICAN RENAL MANAGEMENT LLC'S AMENDED SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Pursuant to FED. R. CIV. P. 26(a)(1), Defendants American Renal Associates LLC and American Renal Management LLC (collectively referred to as "ARA") amend their supplemental disclosures, which are based on the information reasonably available to ARA at this time and are made without waiving any objections as to the competency, relevance, materiality or admissibility of evidence in this action or in any other action or proceeding. These disclosures shall not be deemed to waive any of the Defendants' applicable rights or privileges with respect to any individual, document, thing or information. ARA reserves all such rights and privileges, including, but not limited to, the following: the right to revise, correct, supplement, or clarify these disclosures consistent with FED. R. CIV. P. 26(e); and the right to seek discovery and offer testimony from individuals other than those identified in these disclosures.

1

1. **Individuals With Discoverable Information**

The following individuals are likely to have discoverable information that Defendants may use to support their defenses, other than solely for impeachment. ARA intends to supplement these disclosures as discovery progresses.

| Name, Title, Company, and Last Known Contact Information | Discoverable Information |
|---|---|
| Stephen Hemsley<br><br>Executive Chairman, Board of Directors, UnitedHealth Group<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. |
| David Wichmann<br><br>Chief Executive Officer, UnitedHealth Group<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. |
| Larry Renfro<br><br>Vice Chairman, UnitedHealth Group<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. |
| Dan Schumacher<br><br>President and Chief Operating Officer, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. |
| Dan Rosenthal<br><br>President, UnitedHealthcare Networks | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the |

| | |
|---|---|
| Contact Information in UnitedHealth Group's possession | creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. |
| Carol Lara<br><br>Employed in connection with United's toll-free nurses hotline, the telephone number for which is 1-866-561-7518<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies. |
| Don Olson<br><br>Manager of UnitedHealthcare Investigations<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information related to Plaintiffs' investigation of Defendants. |
| Richard Munson<br><br>Vice President of UnitedHealthcare Investigations<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information related to Plaintiffs' investigation of Defendants. |
| Kelly Gilbertson<br><br>Former Vice President of UnitedHealthcare Payment Integrity<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding claims transactions, payment processing, and other related UnitedHealthcare functions and operations. |
| David Carter<br><br>United employee associated with billing or contracting<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. |
| Michelle Powell<br><br>Senior Network Account Manager, UnitedHealthcare of Ohio | Likely has discoverable information regarding claim receipt and processing, processing of dialysis claims, payments, and other related functions and operations. |

| | |
|---|---|
| Contact Information in UnitedHealth Group's possession | |
| Barbara Miller<br><br>Network Contract Manager, Ancillary Services, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding claim receipt and processing, processing of dialysis claims, payments, and other related functions and operations. |
| Pam Braun<br><br>Employee associated with billing or contracting, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding claim receipt and processing, processing of dialysis claims, payments, and other related functions and operations. |
| Gregory Dosedel<br><br>Director of UnitedHealthcare Dialysis Network Contracting<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding dialysis provider interactions with UnitedHealthcare, processing of dialysis claims, payments, and other related functions and operations.  Likely has discoverable information regarding Plaintiffs' agreement as to a contracted rate for the Belle Glade and Clewiston clinics. |
| Regina Vasquez<br><br>Director of Ancillary Contracting, Mountain States & Pacific Northwest, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding claim receipt and processing, processing of dialysis claims, payments, and other related functions and operations. |
| Justin Sibiski<br><br>Senior Network Contract Manager, UnitedHealth Networks<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding Plaintiffs' efforts to steer patients onto government-sponsored health plans, efforts to terminate policies for, disenroll or discriminate against chronically ill patients, and the creation, implementation, and inclusion of discriminatory terms in Plaintiffs' health insurance policies, information about Plaintiffs' payment and reimbursements rates, and information about the United plans at issue. Likely has discoverable information regarding claim receipt and processing, processing of dialysis claims, payments, and other related functions and operations. Likely has discoverable information regarding Plaintiffs' agreement as to a contracted rate for the Belle Glade and Clewiston clinics. |

| | |
|---|---|
| Denyse Newbery<br><br>Lab Manager – SE Region, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding claim receipt and processing, processing of dialysis claims, payments, and other related functions and operations. |
| Terry Smith<br><br>Associate Director of UnitedHealthcare Claim Operations<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding claim receipt and processing, payments, and other related functions and operations. |
| Sarah Peterson<br><br>Director of UnitedHealthcare Network Programs<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding dialysis provider interactions with UnitedHealthcare, processing of dialysis claims, payments, and other related functions and operations. |
| Jayne Cappiello<br><br>Director of UnitedHealthcare Clinical Services<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information related to Plaintiffs' investigation of Defendants and Plaintiffs' efforts to coordinate care for the Florida members at issue in the Second Amended Complaint. |
| Kiva Jasmine<br><br>Senior Clinical Administrative Coordinator, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information related to Plaintiffs' investigation of Defendants and Plaintiffs' efforts to coordinate care for the Florida members at issue in the Second Amended Complaint. |
| Matthew Shelley<br><br>Medical Director, UnitedHealthcare<br><br>Contact Information in UnitedHealth Group's possession | Likely has discoverable information regarding dialysis diagnoses, services, treatments, and related claim issues; Plaintiffs' investigation of Defendants; and Plaintiffs' efforts to coordinate care for the Florida members at issue in the Second Amended Complaint. |
| Anne Mocella<br><br>Clinical Manager, UnitedHealthcare | Likely has discoverable information regarding dialysis diagnoses, services, treatments, and related claim issues; Plaintiffs' investigation of Defendants; and Plaintiffs' efforts to coordinate care for the Florida members at issue in the Second Amended Complaint. |

5

| | |
|---|---|
| Contact Information in UnitedHealth Group's possession | |
| Jonathan Wilcox<br><br>Chief Financial Officer, American Renal Associates LLC<br><br>Chief Financial Officer, American Renal Management LLC<br><br>Contact through Kobre & Kim LLP | Designated FED. R. CIV. P. 30(b)(6) Corporate Representative(s) of American Renal Associate LLC and American Renal Management LLC. |
| Members 1-30 as identified on Exhibit A to United's Second Amended Complaint, any Members identified on any of ARA's supplemental responses to United's First Set of Interrogatories, and any ACA Members for which United seeks damages. | Members 1-30 likely have discoverable information regarding the various methods used by Plaintiffs to steer patients off of United Affordable Care Act plans and the impact United's resistance to fulfill its coverage obligations to its patients had on patients' continuity of care and freedom of choice. |
| Chelsea I'Anson<br><br>Former Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Tamara Arsenault<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Adina Pokorny<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Zachary Doucette<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Jennifer George<br><br>Admissions Coordinator, American Renal Management LLC | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and |

| | |
|---|---|
| Contact through Kobre & Kim, LLP | United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Bonnie Liotti<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Cadene Roy<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Nathalia Saboya<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Kristen Tallant<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Tamika Miller<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Kayla Bearce<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Deanna Sacramone<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Stephanie Lacreta | Likely has discoverable information regarding ARA's insurance verification and patient insurance education |

| | |
|---|---|
| Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Nichole Brown<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Kristin Bornstein<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Todd Rothermel<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Andrea McCowan<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Gretty Rivera<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| McKenzie Quinn<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Sophia Nedelman<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |

| | |
|---|---|
| Megan Bouchard<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Anne Todisco<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Ashley Winters<br><br>Admissions Coordinator, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Nicole Anderson<br><br>Patient Advocate Supervisor, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Jessica Archambault<br><br>Director of A/R, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Nermina Boulay<br><br>Director of A/R, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Karen Crafts<br><br>Director of A/R, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Joe Carullo<br><br>Director of A/R, American Renal Management LLC | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and |

| | |
|---|---|
| Contact through Kobre & Kim, LLP | United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Amie Constant<br><br>Director of A/R, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Joanne Burns<br><br>Supervisor of A/R, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding ARA's insurance verification and patient insurance education processes, financial assistance programs offered to patients including the American Kidney Fund, and United's attempts to terminate patients' Affordable Care Act plans or move patients to other providers. |
| Laura Gallardo<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Leslie Hamman<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Terry Powell<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Ilona Schwartzburg<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Marlea Mazyck<br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Tena Gerdes | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors |

| | |
|---|---|
| Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | that informed their decisions to enroll in a United Affordable Care Act plan. |
| Gladys McIntosh-Thomas<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Alicia Stoner<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Nancy Groeger<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Alison Sudol<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Sylvia Vickers<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Kerry Geddis<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Lauren Genarelli<br><br>Social Worker, American Renal Management LLC | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |

| | |
|---|---|
| Contact through Kobre & Kim, LLP | |
| Allison Blagg<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Mark Bucha<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Jennifer Saunders<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Seanne Searl<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Chue Yang<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Abby Serlectic<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Trudy Cape<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Nawar Daniel | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors |

| | |
|---|---|
| Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | that informed their decisions to enroll in a United Affordable Care Act plan. |
| Shirley Baker<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Samantha Fraga<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Brittany Crafton<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Rashida Lorde<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Phoebe Wirth<br><br>Social Worker, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding Members at Issue's financial, medical, and other personal factors that informed their decisions to enroll in a United Affordable Care Act plan. |
| Irini Hazimihalis<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Jessica Norris<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |

| | |
|---|---|
| Amanda McNeil<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Popia Sim<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Jessica Olson<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Amanda Grissom<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Iris Hoxha<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Lindsay Burman<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Hannah Wagner<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Elizabeth Mileti<br><br>Billing and Reimbursement Specialist, American Renal Management LLC | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |

| | |
|---|---|
| Contact through Kobre & Kim, LLP | |
| Elizabeth Caggiano<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Cassandre Carlson<br><br>Billing and Reimbursement Specialist, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Marlene Biddiscombe<br><br>Director of Payer Contracting, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Jason Boucher<br><br>Chief Accounting Officer, American Renal Management LLC<br><br>Contact through Kobre & Kim, LLP | Likely has discoverable information regarding the claims submitted on behalf of ARA-affiliated clinics for the Members at Issue and United's payment or denial of payment of those claims. |
| Nephrologists who treated Members at Issue | Likely have discoverable information regarding United's attempts to terminate Affordable Care Act plans for Members at Issue. |
| Dr. Sunila Pandit<br><br>Nephrologist Partner, Belle Glade Dialysis Center | Likely has discoverable information regarding United's attempts to terminate Affordable Care Act plans for Florida Members at Issue. |
| Dr. Mohan Abraham<br><br>Nephrologist Partner, Belle Glade Dialysis Center | Likely has discoverable information regarding United's attempts to terminate Affordable Care Act plans for Florida Members at Issue. |
| Dr. Muthuswami Ramachandran<br><br>Primary Care Physician for Members at Issue | Likely has discoverable information regarding United's attempts to terminate Affordable Care Act plans for Florida Members at Issue and United's attempts to steer Florida Members at Issue away from ARA-affiliated clinics. |

Respectfully Submitted,

Dated: October 30, 2017  */s/ Matthew Menchel*

Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Laura M. Gonzalez (Florida Bar No. 74358)
Laura.Gonzalez@kobrekim.com
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120

Danielle S. Rosborough, admitted *pro hac vice*
danielle.rosborough@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036
T: +1 202 664 1984

Clinton J. Dockery, admitted *pro hac vice*
clinton.dockery@kobrekim.com
Joseph W. Slaughter, admitted *pro hac vice*
joe.slaughter@kobrekim.com
Kobre & Kim LLP
800 3rd Avenue
New York, NY 10022
T: +1 212 488 1275

*Attorneys for Defendants American Renal Associates LLC and American Renal Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017 a true and correct copy of the foregoing was served by email to all counsel of record on the service list below.

    /s/ *Matthew Menchel*
Matthew I. Menchel (Florida Bar No. 12043)


## SERVICE LIST

Michael R. Whitt
mwhitt@robinskaplan.com
Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102

Martin R. Lueck
Thomas C. Mahlum
Jeffrey S. Gleason
Jamie R. Kurtz
William Bornstein
Anne M. Lockner
Randall Tietjen
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mlueck@robinskaplan.com
tmahlum@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com
alockner@robinskaplan.com
rtietjen@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc., and All Savers Insurance Company*