UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 16-cv-81180-Marra/Matthewman

UNITEDHEALTHCARE OF FLORIDA, INC.,
and ALL SAVERS INSURANCE COMPANY,

    Plaintiffs,

vs.

AMERICAN RENAL ASSOCIATES LLC,
et al.,

    Defendants.
_____/



FILED by _____ D.C.
NOV 2 8 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO ANSWER REQUESTS FOR ADMISSION AND TO DEEM REQUESTS ADMITTED [DEs 361, 362]

THIS CAUSE is before the Court upon Plaintiffs, UnitedHealthcare, Inc., and All Savers Insurance Company's (collectively, "Plaintiffs") Motion to Compel Defendants to Answer Requests for Admission to Deem Requests Admitted [DEs 361, 362]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 62. Defendants, American Renal Associates, LLC, and American Renal Management, LLC (collectively, "Defendants") filed a response [DEs 365, 366] to Plaintiffs' motion, and Plaintiffs filed a reply [DEs 371, 372]. The Court held a hearing on the motions on November 28, 2017. The matter is now ripe for review.

Upon careful review of the motion, response, reply, the argument at the hearing, and the entire docket in this case, and for the reasons stated at the record at the hearing, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Compel Defendants to Answer Requests for Admission to Deem Requests Admitted [DEs 361, 362] is **GRANTED IN PART AND DENIED IN PART**.

2. The Motion is granted as to Requests for Admission # 1, 2, and 3. Defendants shall specifically respond to the requests with no caveats within 30 days from the date of this Order.

3. The Motion is denied as to Requests for Admission # 18, 19, 22, 24, 26, and 27. The Court finds that these requests are improper and should be stricken.

4. Requests for Admission # 43 and 44 are stricken as improper, but Plaintiffs shall be permitted to rephrase the requests in a more direct and precise manner. Defendants shall then be required to respond to the new requests in compliance with Federal Rule of Civil Procedure 36. The Court encourages the parties to confer in good faith during this process.

5. The Court will not award any fees or costs as requested in the Motion and Defendants' response pursuant to Federal Rule of Civil Procedure 37, as Plaintiffs' Motion was granted in part and denied in part, the parties' positions in the Motion and response were substantially justified in part, and an award of fees or costs would be unjust.

**DONE and ORDERED** in Chambers this 28th day of November, 2017, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE