**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:16-cv-81180-KAM

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

                    Plaintiffs,

   v.

AMERICAN RENAL ASSOCIATES LLC
and AMERICAN RENAL
MANAGEMENT, LLC

                    Defendants.
_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

      Defendants American Renal Associates LLC and American Renal Management LLC (collectively, "ARA"), pursuant to Local Rule 5.4 and the Stipulated Protective Order in this case (DE 75), move this Court for leave to file under seal Exhibits 1-3 to its Response in Opposition to Plaintiffs' Motion to Strike Defendants' Amended Rule 26(a)(1) Disclosures or, in the Alternative, for Additional Depositions and to Compel Defendants to Narrow Their Amended Rule 26(a) Disclosures (the "Response").

      Because the Exhibits contain content designated as "CONFIDENTIAL" and "CONFIDENTIAL HEALTH INFORMATION" as defined in the Protective Order, Defendants request that it remain sealed indefinitely.

      **WHEREFORE**, Defendants respectfully request that the Court grant this Motion.

1

Dated:  December 4, 2017        Respectfully Submitted,

  */s/ Matthew Menchel*
Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Laura María González (Florida Bar No. 74358)
laura.gonzalez@kobrekim.com
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120

Danielle S. Rosborough, admitted pro hac vice
danielle.rosborough@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036
T: +1 202 664 1984

Clinton J. Dockery, admitted pro hac vice
clinton.dockery@kobrekim.com
Joseph W. Slaughter, admitted pro hac vice
joe.slaughter@kobrekim.com
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
T: +1 212 488 1275

*Attorneys for Defendants American Renal Associates LLC and American Renal Management LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on December 4, 2017 with the Clerk of the Court using the CM/ECF system thereby sending a notice of electronic filing to all counsel of record on the service list below.

        *s/ Matthew Menchel*
        Matthew I. Menchel (Florida Bar No. 12043)

## **SERVICE LIST**

Michael R. Whitt
mwhitt@robinskaplan.com
Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102

Martin R. Lueck
Thomas C. Mahlum
Jeffrey S. Gleason
Jamie R. Kurtz
William Bornstein
Anne M. Lockner
Randall Tietjen
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mlueck@robinskaplan.com
tmahlum@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com
alockner@robinskaplan.com
rtietjen@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc.,*
*and All Savers Insurance Company*