## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:16-cv-81180-KAM

| | |
|---|---|
| UNITEDHEALTHCARE OF FLORIDA, INC. and ALL SAVERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES LLC and AMERICAN RENAL MANAGEMENT LLC,<br><br>Defendants. | FILED by _____ D.C.<br><br>JAN 0 9 2018<br><br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B.<br><br>JURY TRIAL DEMANDED |

## ORDER ON JOINT STIPULATION TO EXTEND DEADLINES TO FILE SUPPLEMENTAL BRIEFING RELATED TO PLAINTIFFS' MOTION FOR ADDITIONAL DEPOSITIONS [DE 392]

**THIS MATTER** is before the Court on the Parties' Joint Stipulation to Extend Deadlines to File Supplemental Briefing Related to Plaintiffs' Motion for Additional Depositions [DE 392]. Upon review of the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the requested extension of time is **GRANTED.** Plaintiffs shall have up to and including January 15, 2018 to file a supplement to their motion, Defendants shall up to and including January 17, 2018 to file a response to Plaintiffs' supplement, and Plaintiffs shall have up to and including January 19, 2018 to file a reply to Defendants' response.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of January, 2018.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE