## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:16-cv-81180-KAM

UNITEDHEALTHCARE OF FLORIDA,
INC., and ALL SAVERS INSURANCE
COMPANY,

                     Plaintiffs,

    vs.

AMERICAN RENAL ASSOCIATES
LLC and AMERICAN RENAL
MANAGEMENT LLC,

                     Defendants.

_____/

### JOINT STATUS REPORT

Pursuant to the Court's April 30, 2018 Order granting the Parties' request to extend the stay through June 4, 2018 (DE 486), the Parties hereby advise the Court that they have engaged in settlement discussions and have determined that additional time is needed to continue these negotiations. The Parties therefore respectfully request that the Court extend the current stay through July 1, 2018.  No later than July 2, 2018, the Parties will notify the Court if the case has been settled, request a further stay to pursue settlement, or propose a date for the filing of a scheduling order if there is no resolution.

Dated:  June 1, 2018                Respectfully Submitted,

*/s/ Lawrence A. Farese*               */s/ Matthew Menchel*
Lawrence A. Farese (Florida Bar No.     Matthew I. Menchel (Florida Bar No.
252808)                        12043)

1

lfarese@robinskaplan.com

Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
T: (239) 430-7070
F: (239) 213-1970

Martin R. Lueck (admitted *pro hac vice*)
Thomas C. Mahlum (admitted *pro hac vice*)
Anne M. Lockner (admitted *pro hac vice*)
Jeffrey S. Gleason (admitted *pro hac vice*)
Jamie R. Kurtz (admitted *pro hac vice*)
William Bornstein (admitted *pro hac vice*)

Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: (612) 349-8500
F: (612) 339-4181

mlueck@robinskaplan.com
tmahlum@robinskaplan.com
alockner@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc., and All Savers Insurance Company*

matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Laura M. Gonzalez (Florida Bar No. 74358)
Laura.Gonzalez@kobrekim.com
Gabriela M. Ruiz (Florida Bar No. 46844)
Gabriela.Ruiz@kobrekim.com
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131
T: +1 305 967 6100
F: +1 305 967 6120

Danielle S. Rosborough, admitted *pro hac vice*
danielle.rosborough@kobrekim.com
Jacob I. Chervinsky, admitted *pro hac vice*
jake.chervinsky@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036
T: +1 202 664 1984

Clinton J. Dockery, admitted *pro hac vice*
clinton.dockery@kobrekim.com
Kobre & Kim LLP
800 3rd Avenue
New York, NY 10022
T: +1 212 488 1275

*Attorneys for Defendants American Renal Associates LLC and American Renal Management LLC*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing document was served on June

1, 2018 via electronic mail to all counsel of record on the service list below.


                         */s/ Matthew Menchel*
                         Matthew I. Menchel (Florida Bar No. 12043)


## SERVICE LIST

Lawrence A. Farese
lfarese@robinskaplan.com
Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102

Martin R. Lueck
Thomas C. Mahlum
Jeffrey S. Gleason
Jamie R. Kurtz
William Bornstein
Anne M. Lockner
Randall Tietjen
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mlueck@robinskaplan.com
tmahlum@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com
alockner@robinskaplan.com
rtietjen@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc.,*
*and All Savers Insurance Company*