UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81180-KAM

| | |
|---|---|
| UNITEDHEALTHCARE OF FLORIDA, INC. and ALL SAVERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES LLC and AMERICAN RENAL MANAGEMENT LLC,<br><br>Defendants. | **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT AND REQUEST TO EXTEND STAY**

Pursuant to the Court's Order dated June 4, 2018 (DE 489), the Parties hereby advise the Court that they have engaged in settlement discussions up to and including today, and have reached an agreement in principle. The settlement includes a contractual business relationship component which will necessitate additional time to reduce the final agreement to writing. The Parties expect this process to be completed by August 1, 2018. The Parties therefore respectfully request that the Court allow the Parties to continue to stay this matter until August 1, 2018, at which point the Plaintiffs will either dismiss this case or the Parties will provide the Court with a Joint Status Report apprising the Court of the status of negotiations.

Dated: July 2, 2018

*/s/ Lawrence A. Farese*
Lawrence A. Farese (Florida Bar No. 252808)
lfarese@robinskaplan.com

Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102

Respectfully Submitted,

*/s/ Matthew Menchel*
Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)

1

T: (239) 430-7070
F: (239) 213-1970

Martin R. Lueck (admitted *pro hac vice*)
Thomas C. Mahlum (admitted *pro hac vice*)
Anne M. Lockner (admitted *pro hac vice*)
Jeffrey S. Gleason (admitted *pro hac vice*)
Jamie R. Kurtz (admitted *pro hac vice*)
William Bornstein (admitted *pro hac vice*)

Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
T: (612) 349-8500
F: (612) 339-4181

mlueck@robinskaplan.com
tmahlum@robinskaplan.com
alockner@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc., and All Savers Insurance Company*

adriana.riviere-badell@kobrekim.com
Laura M. Gonzalez (Florida Bar No. 74358)
Laura.Gonzalez@kobrekim.com
Gabriela M. Ruiz (Florida Bar No. 46844)
Gabriela.Ruiz@kobrekim.com

Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
T: (305) 967-6100
F: (305) 967-6120

Danielle S. Rosborough, admitted *pro hac vice*
danielle.rosborough@kobrekim.com
Jacob I. Chervinsky, admitted *pro hac vice*
jake.chervinsky@kobrekim.com

Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036
T: (202) 664-1984

Clinton J. Dockery, admitted *pro hac vice*
clinton.dockery@kobrekim.com

Kobre & Kim LLP
800 3rd Avenue
New York, NY 10022
T: (212) 488-1275
*Attorneys for Defendants American Renal Associates LLC and American Renal Management LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on July 2, 2018 with the Clerk of Court using the CM/ECF system thereby sending a notice of electronic filing to all counsel of record on the service list below.

/s/Lawrence Farese
Lawrence A. Farese (Florida Bar No. 252808)

## **SERVICE LIST**

Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Laura Maria Gonzalez-Marques
laura.gonzalez@kobrekim.com
Kobre & Kim LLP
2 South Biscayne Boulevard
35th Floor
Miami, FL 33131

Danielle S. Rosborough, admitted *pro hac vice*
danielle.rosborough@kobrekim.com
Jacob Chervinsky, admitted *pro hac vice*
Jake.chervinsky@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036

Clinton J. Dockery, admitted *pro hac vice*
clinton.dockery@kobrekim.com
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Defendants American Renal Associates LLC
and American Renal Management LLC*