**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:16–cv-81180–KAM**

UNITEDHEALTHCARE OF FLORIDA, INC.
and ALL SAVERS INSURANCE COMPANY,

    Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES LLC and
AMERICAN RENAL MANAGEMENT LLC,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs UnitedHealthcare of Florida, Inc. and All Savers Insurance Company, by and through their undersigned counsel, hereby dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: August 1, 2018

Respectfully Submitted,

*/s/ Lawrence A. Farese*
Lawrence A. Farese (Florida Bar No. 252808)
lfarese@robinskaplan.com

Robins Kaplan LLP
711 Fifth Avenue South, Suite 201
Naples, Florida 34102
T: (239) 430-7070
F: (239) 213-1970

Martin R. Lueck (admitted *pro hac vice*)
Thomas C. Mahlum (admitted *pro hac vice*)
Anne M. Lockner (admitted *pro hac vice*)
Jeffrey S. Gleason (admitted *pro hac vice*)
Jamie R. Kurtz (admitted *pro hac vice*)
William Bornstein (admitted *pro hac vice*)

Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
T: (612) 349-8500
F: (612) 339-4181

mlueck@robinskaplan.com
tmahlum@robinskaplan.com
alockner@robinskaplan.com
jgleason@robinskaplan.com
jkurtz@robinskaplan.com
wbornstein@robinskaplan.com

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc. and All Savers Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be electronically filed on August 1, 2018 with the Clerk of Court using the CM/ECF system, thereby serving all counsel of record on the service list below.

*s/Larry Farese*  
Larry Farese (Fla. Bar No. 252808)

## SERVICE LIST

Matthew I. Menchel (Florida Bar No. 12043)
matthew.menchel@kobrekim.com
Andrew C. Lourie (Florida Bar No. 87772)
andrew.lourie@kobrekim.com
Adriana Riviere-Badell (Florida Bar No. 30572)
adriana.riviere-badell@kobrekim.com
Laura M. Gonzalez (Florida Bar No. 74358)
laura.gonzalez@kobrekim.com
Gabriela M. Ruiz (Florida Bar No. 46844)
gabriela.ruiz@kobrekim.com
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131

Danielle S. Rosborough, admitted *pro hac vice*
danielle.rosborough@kobrekim.com
Jacob I. Chervinsky, admitted *pro hac vice*
jake.chervinsky@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, D.C. 20036

Clinton J. Dockery, admitted *pro hac vice*
clinton.dockery@kobrekim.com
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Defendants American Renal Associates LLC
and American Renal Management LLC*

89160338.1