UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81180-CIV-MARRA/MATTHEWMAN

UNITEDHEALTHCARE OF FLORIDA, INC.
and ALL SAVERS INSURANCE COMPANY,

Plaintiffs,

vs.

AMERICAN RENAL ASSOCIATES HOLDINGS,
INC., and AMERICAN RENAL ASSOCIATES LLC,

Defendants.
_____/

## ORDER

This cause is before the Court upon Plaintiffs' Notice of Voluntary Dismissal with Prejudice (DE 493). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with prejudice. The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of August, 2018.

_____
KENNETH A. MARRA
United States District Judge