UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16–cv-81180–KAM

UNITEDHEALTHCARE OF FLORIDA, INC.
and ALL SAVERS INSURANCE COMPANY,

    Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES LLC and
AMERICAN RENAL MANAGEMENT LLC,

    Defendants.
_____/

## STIPULATION

**WHEREAS**, on July 1, 2016, Plaintiffs United Healthcare of Florida Inc. and All Savers Insurance Company (collectively, "Plaintiffs") filed the above-captioned action against Defendants American Renal Associates LLC and American Renal Associates Holdings Inc. in the Southern District of Florida; and

**WHEREAS**, on March 13, 2017, American Renal Management LLC was added as a Defendant (DE 161) (Defendants American Renal Associates LLC and American Renal Management LLC are collectively referred to herein as "Defendants"); and

**WHEREAS**, on December 22, 2016, Plaintiffs and Defendants (collectively, "the Parties") jointly moved for the entry of a stipulated protective order in this case (DE 74); and

**WHEREAS**, This Court entered that Stipulated Protective Order the next day (DE 75); and

**WHEREAS**, the protective order states, in relevant part:

6. Within thirty (30) days of the conclusion of this case (which shall be upon exhaustion of all appeals), all CONFIDENTIAL or ATTORNEYS' EYES ONLY

>Materials produced by any party and designated as subject to this Order, and including all copies, extracts and summaries thereof, shall be destroyed by the receiving party, who shall confirm such destruction in writing. To the extent that the receiving party fails to comply with the provisions of this section regarding the destruction of Protected Materials including ESI, this Order remains in effect to preclude unauthorized use or disclosure of said Protected Material.
>
>7. Notwithstanding the foregoing, counsel for each party may retain all pleadings, briefs, memoranda, motions, and other documents filed with the Court, that refer to or incorporate CONFIDENTIAL or ATTORNEYS' EYES ONLY Materials, and will continue to be bound by this Order with respect to all such retained information;

and

**WHEREAS**, on May 31, 2017, Plaintiffs issued a subpoena to the American Kidney Fund ("AKF") seeking the production of documents and a Rule 30(b)(6) deposition; and

**WHEREAS**, on July 2, 2018, the Parties reached an agreement in principle to settle the Florida matter (DE 491); and

**WHEREAS**, the Parties finalized their agreement to settle the Florida matter on August 1, 2018, and Plaintiffs accordingly filed a Notice of Voluntary Dismissal with this Court (DE 493); and

**WHEREAS**, this Court entered an Order dismissing the case the following day, August 2, 2018 (DE 494);

**WHEREAS**, pursuant to the protective order, the Parties are thus required to destroy all documents bearing confidentiality designations of "Confidential" or "Attorneys' Eyes Only" no later than August 31, 2018; and

**WHEREAS**, following the Parties' agreement in principle, on July 13, 2018, AKF filed a Notice of Intent to File Motion for Attorney's Fees in the District of Maryland (*In re Subpoenas Served on the American Kidney Fund*, No. 8:17-cv-01787, DE 39 (D. Md. July 13, 2018)); and

**WHEREAS**, the Maryland court granted leave to AKF to file this motion on July 26, 2018, which AKF filed on August 8, 2018 (*Id.* at DE 40–41); and

**WHEREAS**, Plaintiffs filed their response on August 23, 2018 (*Id.* at DE 45); and

**WHEREAS**, AKF's reply will be due on September 6, 2018, and the Maryland court may hear oral arguments sometime after that date; and

**WHEREAS**, this litigation related to AKF's fee petition in Maryland is ongoing; and

**WHEREAS**, discovery in this matter (both from ARA and AKF) is at issue in those proceedings; and

**WHEREAS**, "A district court has inherent 'discretionary authority to modify [a protective order] for what it deems good cause shown'" (*see, e.g., E.I. DuPont De Nemours & Co. v. Kolon Indus.*, 479 F. App'x 483, 485–86 (4th Cir. 2012) (brackets in original)); and

**WHEREAS**, here the Parties have good cause for amending the protective order.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. Paragraph 6 of the operative Stipulated Protective Order be amended to state:

   Within thirty (30) days of the conclusion of the District of Maryland action (*In re Subpoenas Served on the American Kidney Fund*, No. 8:17-cv-01787 (D. Md. filed June 28, 2017)) (which shall be upon exhaustion of all appeals), all CONFIDENTIAL or ATTORNEYS' EYES ONLY Materials produced by any party and designated as subject to this Order, and including all copies, extracts and summaries thereof, shall be destroyed by the receiving party, who shall confirm such destruction in writing. To the extent that the receiving party fails to comply with the provisions of this section regarding the destruction of Protected Materials including ESI, this Order remains in effect to preclude unauthorized use or disclosure of said Protected Materials.

2. Paragraph 7 of the operative Stipulated Protective Order be amended to state:

   Notwithstanding the foregoing, counsel for each party may retain all pleadings, briefs, memoranda, motions, and other documents filed with the Court. Counsel for each party may also keep one (1) electronic file copy of all correspondence and work product including deposition transcripts, deposition exhibits, expert reports, and attorney notes, related to this matter, that refer to or incorporate

CONFIDENTIAL or ATTORNEYS' EYES ONLY Materials. Within sixty (60) days of the conclusion of the District of Maryland action (*In re Subpoenas Served on the American Kidney Fund*, No. 8:17-cv-01787 (D. Md. filed June 28, 2017)) (which shall be upon exhaustion of all appeals), the parties will maintain the electronic file copy in a secure file with access allowed only to lead counsel on the matter. Should either party access the restricted file, the accessing party shall promptly notify the other party. Notwithstanding the foregoing, the parties and their counsel will continue to be bound by this Order with respect to all such retained information, including the uses of such information.

Dated: August 30, 2018

| */s/Adriana Riviere-Badell* | */s/Lawrence A. Farese* |
|---|---|
| Matthew I. Menchel (Florida Bar No. 12043) | Lawrence A. Farese (Florida Bar No. 252808) |
| Andrew C. Lourie (Florida Bar No. 87772) | |
| Adriana Riviere-Badell (Florida Bar No. 30572) | Robins Kaplan LLP |
| Laura M. Gonzalez (Florida Bar No. 74358) | 711 Fifth Avenue South, Suite 201 |
| Gabriela M. Ruiz (Florida Bar No. 46844) | Naples, Florida 34102 |
| | T: (239) 430-7070 |
| | F: (239) 213-1970 |
| Kobre & Kim LLP | |
| 201 South Biscayne Boulevard | lfarese@robinskaplan.com |
| Suite 1900 | |
| Miami, FL 33131 | Martin R. Lueck (admitted *pro hac vice*) |
| T: (305) 967-6100 | Thomas C. Mahlum (admitted *pro hac vice*) |
| F: (305) 967-6120 | Anne M. Lockner (admitted *pro hac vice*) |
| | Jeffrey S. Gleason (admitted *pro hac vice*) |
| matthew.menchel@kobrekim.com | Jamie R. Kurtz (admitted *pro hac vice*) |
| andrew.lourie@kobrekim.com | William Bornstein (admitted *pro hac vice*) |
| adriana.riviere-badell@kobrekim.com | |
| laura.gonzalez@kobrekim.com | Robins Kaplan LLP |
| gabriela.ruiz@kobrekim.com | 800 LaSalle Avenue, Suite 2800 |
| | Minneapolis, MN 55402 |
| Danielle S. Rosborough, admitted *pro hac vice* | T: (612) 349-8500 |
| Jacob I. Chervinsky, admitted *pro hac vice* | F: (612) 339-4181 |
| | |
| Kobre & Kim LLP | mlueck@robinskaplan.com |
| 1919 M Street, NW | tmahlum@robinskaplan.com |
| Washington, D.C. 20036 | alockner@robinskaplan.com |
| T: (202) 664-1984 | jgleason@robinskaplan.com |
| | jkurtz@robinskaplan.com |
| danielle.rosborough@kobrekim.com | wbornstein@robinskaplan.com |
| jake.chervinsky@kobrekim.com | |

Clinton J. Dockery, admitted *pro hac vice*

Kobre & Kim LLP
800 3rd Avenue
New York, NY 10022
T: (212) 488-1275

clinton.dockery@kobrekim.com

*Attorneys for Defendants American Renal Associates LLC and American Renal Management LLC*

*Attorneys for Plaintiffs UnitedHealthcare of Florida, Inc. and All Savers Insurance Company*

89254643.1